**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In the Interest of H.M.O.L., a Child
                        In the Interest of K.X.J.L., a Child

Appellate case number:  01-17-00775-CV
                        01-17-00776-CV

Trial court case number: 2014-01564J
                        2013-06554J

Trial court:            313th District Court of Harris County

Appellant, **K.X.J.L. aka K.L., Sr.**, has filed a motion for an extension of time to file his brief in each appeal. The motion is **granted**. **Appellant's brief in each appeal is due to be filed with this Court no later than Monday, January 8, 2018.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

These appeals involve the termination of the parent-child relationship. Accordingly, this Court is required to bring the appeal to final disposition within 180 days of October 9, 2017, the date the notices of appeal were filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon 2013). **Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                        ☑ Acting individually    ☐ Acting for the Court

Date: December 21, 2017